

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:        Tyrone Richards v. State of Texas

Appellate case number:    01-20-00086-CV

Trial court case number:    2012-13937

Trial court:                269th District Court of Harris County

On February 18, 2020, appellant filed a motion for extension of time to file his brief. Contrary to appellant's request, no deadline for the filing of appellant's brief has been set because the complete appellate record has not yet been filed.  *See* TEX. R. APP. P. 38.6(a). Accordingly, we dismiss appellant's motion as moot.


It is so ORDERED.


Judge's signature: _____/s/ Sherry Radack_____
                ☒  Acting individually    ☐  Acting for the Court
Date:  ___February 25, 2020____